IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. 93-127 |
| | : | |
| GRADY JACKSON, JR. | : | |

## **ORDER**

**AND NOW**, this 17th day of May, 2021, upon review of Grady Jackson, Jr.'s Motions

for Compassionate Release and the responses thereto, it is hereby **ORDERED** that the Motions

are **DENIED** for the reasons set forth in the accompanying Memorandum Opinion.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
JEFFREY L. SCHMEHL, J.