IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :
     :
     :
     v.      :      CRIMINAL ACTION NO. 93-127
     :
GRADY JACKSON, JR.      :

## ORDER

**AND NOW**, this 25th day of October, 2021, it is hereby **ORDERED** as follows:

1. The Court's Order (ECF #127) is **VACATED**;

2. The stay on this case is **LIFTED**;

3. Mr. Jackson's habeas petition is **DENIED** and **DISMISSED** for the reasons set forth in the accompanying Memorandum Opinion; and

4. No certificate of appealability shall be issued under 28 U.S.C. § 2253(c)(1)(A) because "the applicant has [not] made a substantial showing of the denial of a constitutional right[,]" under 28 U.S.C. § 2253(c)(2), since Mr. Jackson has not demonstrated that "reasonable jurists" would find my "assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see United States v. Cepero*, 224 F.3d 256, 262-63 (3d Cir. 2000), abrogated on other grounds by *Gonzalez v. Thaler*, 565 U.S. 134 (2012).

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**